# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID COLE,<br><br>                Plaintiff,<br>v.<br>BRYANT, *et al.*,<br><br>                Defendants. | Case No. 3:20-cv-00160-MMD-WGC<br><br>ORDER |

Plaintiff, who was incarcerated in the custody of the Nevada Department of Corrections, filed suit under 42 U.S.C. § 1983. (ECF No. 6.) The Court issued an order on September 16, 2021, warning Plaintiff that it would dismiss this case in its entirety, without prejudice, if Plaintiff did not timely file a written change of address notification by October 14, 2021. (ECF No. 23.) Plaintiff did not timely file a written change of address notification. The Court will accordingly dismiss this case without prejudice. *See, e.g.*, *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (affirming dismissal for failure to comply with local rule requiring *pro se* plaintiffs to keep court apprised of address).

It is therefore ordered that this case is dismissed, in its entirety, without prejudice because Plaintiff did not timely update the Court of his new address in compliance with LR IA 3-1.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 18th Day of October 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE